**UNITED STATES COURT OF INTERNATIONAL TRADE**
**LEO M. GORDON, *SENIOR JUDGE***

| | |
|---|---|
| MOEN INCORPORATED,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 22-00046 |

# COMPLAINT

Moen Incorporated ("Moen" or "Plaintiff"), by and through its attorneys, Faegre Drinker Biddle & Reath LLP, for its complaint against the United States alleges as follows:

## INTRODUCTION

1. This action arises from the unlawful assessment and collection of additional duties imposed under Section 301 of the Trade Act of 1974, as amended, 19 U.S.C. § 2411 *et seq.*, on certain faucet products imported by Moen at the Port of Los Angeles during 2018-2019. Moen seeks a refund of all Section 301 duties paid on those entries, plus interest.

2. The faucet products at issue are properly excluded from additional Section 301 duties under Exclusion Numbers 66 and 67, as published by the United States Trade Representative ("USTR") at 85 Fed. Reg. 6674 (Feb. 5, 2020). The exclusions apply retroactively to goods entered on or after September 24, 2018 and through August 7, 2020.

3. U.S. Customs and Border Protection ("CBP") liquidated Moen's entries with the assessment of Section 301 duties. Moen timely protested the liquidations. CBP denied Moen's protests. To date, CBP has not refunded the Section 301 duties that Moen paid on the subject entries.

4. For all the reasons that follow, this Court should order the reliquidation of the subject entries without Section 301 duties and order Defendant to issue a refund to Plaintiff of all Section 301 duties paid on the subject entries, plus lawful interest.

**JURISDICTION**

5. This is a civil action contesting the denial of a protest under Section 515 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1515. The protests and underlying protested entries, which are the subject of this action, are listed in Dkt. 6.

6. This Court has exclusive jurisdiction pursuant to 28 U.S.C. § 1581(a) as this civil action contests the denial of Plaintiff's protest.

7. This action was timely commenced through the filing of a summons on February 15, 2022, within 180 days of the date the subject protests were denied. 28 U.S.C. § 2636(a).

**PARTIES AND STANDING**

8. Plaintiff Moen Incorporated is a corporation organized and existing under the laws of the State of Ohio, with its principal place of business at 1 Horizon Way, Building N, Deerfield, Illinois 60015. Moen is a leading manufacturer and distributor of residential faucets and plumbing fixtures in North America.

9. Moen is the importer of record of the merchandise that is the subject of this action and timely filed the protests with CBP that are the subject of this action. Moen thus has standing to bring this action. 28 U.S.C. § 2631(a).

10. Defendant United States is the party that denied the protests contested herein and is the statutory defendant under 28 U.S.C. § 2631(a).

11. All duties, charges, and exactions assessed at liquidation pertaining to the protested entries were paid before commencement of this action. 28 U.S.C. § 2637(a).

## BACKGROUND

**A. Description of Merchandise**

12. The imported merchandise that is the subject of this action consists of twenty-three (23) faucets manufactured in the People's Republic of China ("China") and imported by Moen into the United States.

13. Each product is a hand-operated valve designed to control the flow and mixing of hot and cold water for use at sinks or lavatories.

14. The faucet products at issue are classified under HTSUS statistical reporting number 8481.80.1030, which provides for "Taps, cocks, valves and similar appliances, for pipes, boiler shells, tanks, vats or the like, including pressure-reducing valves and thermostatically controlled valves; parts thereof: … Other appliances: … Hand operated: … Of Copper … Having a pressure rating under 850kPa: … Sink and lavatory faucets."

**B. The Section 301 Tariff Action and Applicable Exclusions**

15. On August 18, 2017, the USTR initiated an investigation under Section 301 of the Trade Act of 1974, 19 U.S.C. § 2411, into certain acts, policies, and practices of China related to technology transfer, intellectual property, and innovation. 82 Fed. Reg. 40,213 (Aug. 24, 2017).

16. Effective September 24, 2018, the USTR imposed additional duties of 10 percent *ad valorem* on goods of China classified in 5,757 full and partial subheadings of the HTSUS, with an approximate annual trade value of $200 billion (commonly referred to as "List 3" products). *See* 83 Fed. Reg. 47,974 (Sep. 21, 2018), as modified by 83 Fed. Reg. 49,153 (Sep. 28, 2018).

17. Effective May 10, 2019, the USTR increased the additional duty rate on List 3 products from 10 percent to 25 percent *ad valorem*. *See* 84 Fed. Reg. 20,459 (May 9, 2019); 84 Fed. Reg. 29,576 (Jun. 24, 2019).

18. HTSUS subheading 8481.80.1030, under which the faucet products at issue are classified, is a List 3 tariff classification subject to the additional Section 301 duties described above.

19. The USTR established a process by which interested persons could request exclusion of particular products from the Section 301 duties imposed on List 3 products. *See* 83 Fed. Reg. 47,974, 47,975-76 (Sep. 21, 2018).

20. On February 5, 2020, the USTR granted product-specific exclusions from the Section 301 duties on List 3 products, including Exclusion Numbers 66 and 67. *See* 85 Fed. Reg. 6674 (Feb. 5, 2020). The exclusions are effective retroactively from September 24, 2018 through August 7, 2020.

**C. Exclusion No. 66 Products**

21. Exclusion No. 66 provides an exclusion from the Section 301 duties for:

> *(66) Faucets of copper having a pressure rating under 850 kPa, for sinks and lavatories, each to be deck-mounted through one hole (described in statistical reporting number 8481.80.1030).*

85 Fed. Reg. at 6689, Vol. 85, No. 24 (Feb. 5, 2020). This exclusion is effective retroactively to cover goods imported between September 24, 2018 to August 7, 2020. *Id.* at 6674.

22. Nine (9) of the subject faucets are covered by Exclusion No. 66 (the "Exclusion No. 66 Products"):

| Product Name | Product No. |
|---|---|
| Single Handle Lever Kitchen Faucet, Chrome | 7370 |
| Charmant High Arc Kitchen Faucet | 7372 |
| Nori Kitchen Faucet | 7374 |
| Single Handle ADA Metering Lavatory Faucet | 8884 |
| Lav Bull Nose Metering Faucet | 8894 |
| Charmant High Arc Kitchen Faucet | 87446 |

| | |
|---|---|
| Sani 1H Lav LR Sglmt BRS CHR | 8417-01 |
| 1H LVR LAC SGLMNT 1HOLE CHR | 8418-01 |
| Charmant High Arc Kitchen Faucet | 87446SRS |

23. Each Exclusion No. 66 Product: (A) is a faucet; (B) is made of copper (specifically, brass -- a copper alloy in which copper is the predominant metal by weight); (C) is for use with sinks and lavatories; (D) has a pressure rating under 850 kPa (each has a rated supply pressure of 690 kPa (100 psi) per ASME A112.18.1/CSA B125.1, Section 4.1.1.1); (E) is designed to be deck-mounted through one hole; and (F) is classified under HTSUS statistical reporting number 8481.80.1030.

24. Accordingly, each Exclusion No. 66 Product satisfies every element of Exclusion No. 66 and is excluded from the additional Section 301 duties.

**D. Exclusion No. 67 Products**

25. Exclusion No. 67 provides an exclusion from the Section 301 duties for:

> *(67) Faucets of copper having a pressure rating under 850 kPa, for sinks and lavatories, each to be deck-mounted through three holes of which the distance between the centers of the outermost holes is 20.3 cm (described in statistical reporting number 8481.80.1030).*

85 Fed. Reg. at 6689, Vol. 85, No. 24 (Feb. 5, 2020). This exclusion is effective retroactively to cover goods imported between September 24, 2018 to August 7, 2020. *Id.* at 6674.

26. Fourteen (14) of the subject faucets are covered by Exclusion No. 67 (the "Exclusion No. 67 Products"):

| **Product Name** | **Product No.** |
|---|---|
| Brecklyn 2H Kitchen CHR | 87052 |
| Bexley 2H Kitchen CHR | 87403 |
| Caldwell 2H Kit Marc HS CHR NO | 87859 |
| Adler 2H Lever CHR | 87046-01 |

| | |
|---|---|
| Hutchinson 2H Kitchen NO SS SRS | 87239SRS |
| Two Handle Kitchen Faucet, Chrome plated | 87633-01 |
| Caldwell 2H Kit HARC HS SRS NO SS | 87976SRS |
| Sani WS LAV SLO-CLS 816 CHR | 8889-01 |
| Banbury 2H Kit HARC HS SRS | CA87000SRS |
| Banbury 2H Kit HARC HS SRS | CA87000SRS-01 |
| Caldwell 2H Kit Harc HS SRS | CA87060SRS |
| Bradbury 2H Kit HS Marc CHR | CA87553 |
| Adler 2H Kit NO HS KNB CHR | CA87685 |
| Caldwell 2H Kit Marc HS CHR | CA87888 |

27. Each Exclusion No. 67 Product: (A) is a faucet; (B) is made of copper (specifically, brass -- a copper alloy in which copper is the predominant metal by weight); (C) is for use with sinks and lavatories; (D) has a pressure rating under 850 kPa (each has a rated supply pressure of 690 kPa (100 psi) per ASME A112.18.1/CSA B125.1, Section 4.1.1.1); (E) is designed to be deck-mounted through three holes of which the distance between the centers of the outermost holes is 20.3 cm (8 inches); and (F) is classified under HTSUS statistical reporting number 8481.80.1030.

28. Accordingly, each Exclusion No. 67 Product satisfies every element of Exclusion No. 67 and is excluded from the additional Section 301 duties.

**E. Entry and Protest Information**

29. The Exclusion No. 66 Products and Exclusion No. 67 Products (collectively, the "Subject Products") entered at the Port of Los Angeles during 2018 and 2019. Specific entry numbers, entry dates, and related details are set forth in Dkt. 6.

30. At the time of entry, Moen classified the Subject Products under HTSUS statistical reporting number 8481.80.1030, which provides, at the 8-digit subheading level, for faucets "Of Copper" and, at the statistical suffix level, for those "Having a pressure rating under 850kPa" and "Sink and lavatory faucets."

31. CBP liquidated the Subject Products under HTSUS statistical reporting number 8481.80.1030 with the assessment of additional Section 301 duties under HTSUS subheading 9903.88.03. CBP assessed these additional duties at a rate of either 10 percent or 25 percent *ad valorem*, depending on the date of entry.

32. Moen timely filed protests challenging CBP's assessment of additional Section 301 duties on the Subject Products. The protests are identified in Dkt. 6.

33. CBP denied Moen's protests.

34. This action was timely commenced within 180 days of the date the subject protests were denied.

**COUNT I**

**Refund of Section 301 Duties Paid on Exclusion No. 66 Products**

35. The allegations of the preceding paragraphs are incorporated in this Count by reference as if fully set forth herein.

36. As set forth above, each of the nine (9) Exclusion No. 66 Products satisfies every element of Exclusion No. 66 as published at 85 Fed. Reg. 6674, 6689 (Feb. 5, 2020). Specifically, each product: (A) is a faucet; (B) is of copper; (C) has a pressure rating under 850 kPa; (D) is for sinks and lavatories; (E) is to be deck-mounted through one hole; and (F) is described in statistical reporting number 8481.80.1030.

37. The Exclusion No. 66 Products are therefore excluded from the additional Section 301 duties imposed on List 3 products under HTSUS subheading 9903.88.03, and CBP's assessment of those duties on the subject entries was contrary to law.

38. CBP's denial of Moen's protest with respect to the Exclusion No. 66 Products was contrary to law.

39. Moen is entitled to a refund of all Section 301 duties paid on the Exclusion No. 66 Products, plus lawful interest thereon.

## COUNT II

### Refund of Section 301 Duties Paid on Exclusion No. 67 Products

40. The allegations of the preceding paragraphs are incorporated in this Count by reference as if fully set forth herein.

41. As set forth above, each of the fourteen (14) Exclusion No. 67 Products satisfies every element of Exclusion No. 67 as published at 85 Fed. Reg. 6674, 6689 (Feb. 5, 2020). Specifically, each product: (A) is a faucet; (B) is of copper; (C) has a pressure rating under 850 kPa; (D) is for sinks and lavatories; (E) is to be deck-mounted through three holes of which the distance between the centers of the outermost holes is 20.3 cm; and (F) is described in statistical reporting number 8481.80.1030.

42. The Exclusion No. 67 Products are therefore excluded from the additional Section 301 duties imposed on List 3 products under HTSUS subheading 9903.88.03, and CBP's assessment of those duties on the subject entries was contrary to law.

43. CBP's denial of Moen's protest with respect to the Exclusion No. 67 Products was contrary to law.

44. Moen is entitled to a refund of all Section 301 duties paid on the Exclusion No. 67 Products, plus lawful interest thereon.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff Moen Incorporated respectfully requests that this Court enter judgment in its favor, as follows:

(a) Ordering CBP to reliquidate the subject entries without the additional Section 301 duties imposed under HTSUS subheading 9903.88.03;

(b) Ordering Defendant to issue a refund to Plaintiff of all Section 301 duties paid on the subject entries, plus lawful interest thereon;

(c) Awarding Plaintiff pre-judgment and post-judgment interest as permitted by law;

(d) Awarding Plaintiff its costs of suit and reasonable attorneys' fees; and

(e) Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**
Attorneys for Plaintiff
Moen Incorporated
320 S. Canal Street
Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000

By: /s/ William R. Rucker

Dated: September 29, 2026

**CERTIFICATE OF SERVICE**

William R. Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, Illinois 60606, and that on September 29, 2026 on behalf of the Plaintiff herein, he served the attached Complaint on:

Mr. Guy Eddon
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
E-mail: guy.r.eddon@usdoj.gov

the attorneys for the Defendant herein, by electronic service in the CM/ECF System of the Court of International Trade.

/s/ William R. Rucker